UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Roy Lee, Inc. (sic), | Civil No. 07-2929 (PAM/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| MSI Systems Integrators, Inc., John Doe and Mary Roe, and XYZ Corporation, | |
| Defendants. | |

This matter is before the Court on Plaintiff Roy Lee's Motion for Remand to State Court. In response, Defendant MSI Systems Integrators (MSI), which had filed a Notice of Removal from Hennepin County District Court, states that because Plaintiff has declared that he is seeking less than $75,000 in damages, MSI does not oppose remand to state court for lack of federal jurisdiction. See 28 U.S.C. § 1332(a). None of the unspecified Defendants has appeared. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Remand to State Court (Docket No. 3) is **GRANTED**; and

2. This case is **REMANDED** to Hennepin County District Court.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 14, 2007

                                                          s/ Paul A. Magnuson
                                                          Paul A. Magnuson
                                                          United States District Court Judge